# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES FREDRIC JONES, | ) | NO. ED CV 11-0357 DMG (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| SCOTT MCEWEN, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 31, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE